UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRITNEY SPEARS,
ANNA FERRIS,
JAMIE PRESSLEY,
KATE MIDDLETON,
JENNIFER ANISTON,
ALISON POSEKANY,
ALICIA SILVERSTONE,
PARIS HILTON,
RODOLFO ANTONIO LOPEZ, JR.,
PETITIONERS,

V.

ABORTION CLINICS USA,
SUPREME COURT OF THE
UNITED STATES OF AMERICA
RESPONDENTS.

Case No.
(TO BE SUPPLIED BY THE CLERK OF THE COURT)

PLAINTIFF SUES IN THE AMOUNT OF
$1,000,000.00 + PUNITIVE DAMAGES
OF $10,000,000.00

NOTICE OF CLAIM

COMES NOW THE PETITIONERS BRITNEY SPEARS, ANNA FERRIS, JAMIE PRESSLEY, KATE MIDDLETON, JENNIFER ANISTON, ALISON POSEKANY, ALICIA SILVERSTONE, PARIS HILTON, AND RODOLFO ANTONIO LOPEZ JR. HEREBY FILES CIVIL LAWSUIT NOTICE OF CLAIM AGAINST RESPONDENT PARTIES ABORTION CLINICS USA AND SUPREME COURT OF THE UNITED STATES OF AMERICA. THE PETITIONERS STATE THE FOLLOWING REASONS CONTAINED HEREIN:

I. FOR THE MURDER OF UNBORN CHILDREN BY THE RESPONDENT PARTIES.

II. THAT NO PERSON SHALL BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW.

III. THAT IT IS AN IMPOSSIBILITY, SCIENTIFICALLY, FOR LIFE TO EXIST WITHOUT THE SPERM ENTERING THE EGG (POINT OF LIFE).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS NOTICE OF CLAIM IS SENT ON THIS 16th DAY OF JUNE 2020 VIA REGULAR MAIL TO THE FOLLOWING PARTIES:

PRO SE / Rodolfo Antonio Lopez, JR.

OFFICE OF THE CLERK
SUPREME COURT OF THE U.S.
1 FIRST STREET N.E.
WASHINGTON, D.C. 20543-0001

U.S. DISTRICT COURT
401 W. CENTRAL BLVD., SUITE 1200
ORLANDO, FL 32801-0120

THE WHITE HOUSE
OFFICE OF THE PRESIDENT
1600 PENNSYLVANIA AVE.
WASHINGTON, DC. 2500 USA

PG 1 OF 1